UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                              CASE NO. 04 B 03893
  GUSTAVO PIQUE
  CARRIE A PIQUE                    CHAPTER 13

                                    JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-3411    SSN XXX-XX-3438
```

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

    1.  The case was filed on 02/02/04 and confirmed on 04/30/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 25749.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CARMAX AUTO FINANCE | SECURED | 5000.00 | 2110.52 | 5000.00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 1354.73 | .00 | 1354.73 |
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | 744.16 | .00 | 744.16 |
| OCWEN LOAN SVCG | SECURED | .00 | .00 | .00 |
| TRIAD FINANCIAL | SECURED | 5000.00 | 3068.21 | 5000.00 |
| ADVANCED PHYSICIANS GROU | UNSECURED | NOT FILED | .00 | .00 |
| AESTHETIC & CLINICAL DER | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN CREDIT SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 3020.44 | .00 | 302.04 |
| CIRCUIT CITY STORES | UNSECURED | NOT FILED | .00 | .00 |
| CLEAR CHOICE COMMUNICATI | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTO INC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| BULGER RJOWSKI & DILLON | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE PEDIATRICS | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| GOTTLIEB MEMORIAL HOSPIT | UNSECURED | 93.95 | .00 | 9.40 |
| FINANCIAL ASSET MGMT | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

| | | | | |
|---|---|---|---|---|
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 3712.40 | .00 | 371.24 |
| LOYOLA HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MIROSLAV LOVACEVIC MD | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1438.17 | .00 | 143.82 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1319.26 | .00 | 131.93 |
| RECEIVABLE RECOVERY SYST | UNSECURED | NOT FILED | .00 | .00 |
| YMCA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 447.96 | .00 | 44.80 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 455.94 | .00 | 45.59 |
| MIDWEST SURGICAL CONSULT | UNSECURED | NOT FILED | .00 | .00 |
| TOYS R US | UNSECURED | 124.36 | .00 | 12.44 |
| UNION PLUS | UNSECURED | NOT FILED | .00 | .00 |
| UNION PLUS | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF DOWNERS GROVE | UNSECURED | NOT FILED | .00 | .00 |
| WOMEN OB GYN ASSOC PC | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NORTH AMERICAN NAT | SECURED | 23.00 | .00 | 23.00 |
| FIRST NORTH AMERICAN NAT | UNSECURED | 923.64 | .00 | 92.36 |
| CARMAX AUTO FINANCE | UNSECURED | 10020.31 | .00 | 1002.03 |
| TRIAD FINANCIAL | UNSECURED | 2709.11 | .00 | 270.91 |
| B LINE LLC | UNSECURED | 2642.85 | .00 | 264.29 |
| B LINE LLC | UNSECURED | 4720.97 | .00 | 472.10 |
| OCWEN LOAN SVCG | COST OF COLLE | 47.25 | .00 | 47.25 |

Summary of disbursements:

------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12121.89 | 47.25 | 31629.36 | .00 | 43798.50 |
| PRINCIPAL PAID | 12121.89 | 47.25 | 3162.95 | .00 | 15332.09 |
| INTEREST PAID | 5178.73 | .00 | .00 | .00 | 5178.73 |
| TOTAL PAID | 17300.62 | 47.25 | 3162.95 | .00 | 20510.82 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   4500.00
and was paid $    594.80  direct and $   3905.20   through the plan.

The Trustee received $   1208.69 .

Refunds to the Debtor totaled $    124.29 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 11/15/07              /S/
                         GLENN STEARNS
                         CHAPTER 13 TRUSTEE

PAGE   3
CASE NO. 04 B 03893 GUSTAVO PIQUE & CARRIE A PIQUE